### IN THE UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| SHAWN SHANNON, No. 19836-026, ) | |
| ) | Case No. 18-CV-02233 |
| Petitioner, ) | |
| ) | |
| v. ) | Hon. James E. Shadid, |
| ) | Chief United States District |
| ) | Judge, Presiding |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

### MOTION FOR EXTENSION OF TIME

Petitioner, Shawn Shannon, by his attorney Curt Lovelace, respectfully moves this Court to give him additional time to amend his §2255 Motion and Memorandum.

1. On December 3, 2018, Petitioner requested that this Court grant him leave to amend his §2255 Motion and Memorandum to include claims that Judge Colin Bruce demonstrated a pattern of bias in favor of the government by engaging in unethical *ex parte* communications with the United States Attorney's Office in his case and other cases.

2. On December 6, 2018, this Court granted Petitioner's request and ordered that he file his amended motion on or before December 21, 2018 and Government's deadline to respond to extended to on or before January 11, 2019.

3. On December 11, 2018 Petitioner's counsel was contacted by an Assistant United States Attorney and was given access to additional Communications.

1

4. Petitioner's counsel is reviewing the Communications and needs additional time to review and consider whether to incorporate any of those Communications in his amended motion.

5. The Government does not object to this request for extension of time.

WHEREFORE, Petitioner, Shawn Shannon, requests an additional thirty (30) days to file his amended motion.

/s/ Curtis T. Lovelace

Curt Lovelace
Movant's Attorney

Curt Lovelace
116 W. Main St.
Urbana, IL 61801
(217) 531-6616
curtlovelace@thejusticeinitiative.org
Illinois ARDC Registration No. 6225495

## **CERTIFICATE OF SERVICE**

I, Curt Lovelace, certify that on December 20, 2018, I delivered the attached Motion for Leave to Supplement to counsel of record by electronic means through the District Court's CM/ECF System.

/s/ Curtis T. Lovelace
_____
Curt Lovelace